UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

**UNITED STATES OF AMERICA,**

                **Plaintiff,**

        -against-

**All Right, Title and Interest in the Real Property and Appurtenances Thereto Known as 3267 Decatur Avenue, Bronx, New York 10467, listed as Block 3351, Lot 49 in the Office of the County Clerkand register of Bronx County, New York,**

                **Defendant-in-Rem.**

-----------------------------------------------------------x

**1:25-cv-01019 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court has adjourned the conference previously scheduled for Thursday, April 3, 2025 at 3 p.m.  Counsel for all Parties shall appear by telephone on **Thursday, April 3, 2025 at 2 p.m.**  The Parties shall contact the Court at 1-855-244-8681 (access code: 2305 370 0226#).

**SO ORDERED.**

**Dated:** March 13, 2025

    New York, New York

                                                     **ANDREW L. CARTER, JR.**
                                                     **United States District Judge**