UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------- x

UNITED STATES OF AMERICA,

                        Plaintiff,

              -against-

All Right, Title and Interest in the Real
Property and Appurtenances Thereto Known
as 3267 Decatur Avenue, Bronx, New York
10467, listed as Block 3351, Lot 49 in the
Office of the County Clerkand register of
Bronx County, New York,

                   Defendant-in-Rem.

----------------------------------------------------------- x

**1:25-cv-01019 (ALC)**

**ORDER**

ANDREW L. CARTER, JR., United States District Judge:

       In follow-up from the April 3, 2025 telephonic conference in this action, the Court

reminds the Government of the May 30, 2025 deadline to file: (1) a status report; and (2) if no

claimant has appeared, a proposed judgment of forfeiture.

SO ORDERED.

Dated:   April 13, 2025
         New York, New York

                              **ANDREW L. CARTER, JR.**
                              **United States District Judge**