**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**-against-**<br><br>**All Right, Title and Interest in the Real Property and Appurtenances Thereto Known as 3267 Decatur Avenue, Bronx, New York 10467, listed as Block 3351, Lot 49 in the Office of the County Clerkand register of Bronx County, New York,**<br><br>**Defendant-in-Rem.** | : | **1:25-cv-01019 (ALC)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Clerk of Court is respectfully directed to terminate this case.

**SO ORDERED.**

**Dated: August 19, 2026**
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**